# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: STEIN, EDWARD T. | § Case No. 09-24595 |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 07, 2009. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $         49,803.17

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 1,523.11 |
   | Bank service fees | 698.52 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]   $ | 47,581.54 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/27/2010 and the deadline for filing governmental claims was 01/03/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $5,730.32. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $5,730.32, for a total compensation of $5,730.32.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $70.08, for total expenses of $70.08.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/21/2012        By:/s/KAREN R. GOODMAN
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24595  
**Case Name:** STEIN, EDWARD T.  

**Period Ending:** 02/21/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 07/07/09 (f)  
**§341(a) Meeting Date:** 08/18/09  
**Claims Bar Date:** 04/27/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3172 Plaza Blanca, Santa Fe, New, land trust of | 140,000.00 | 0.00 | | 25,000.00 | FA |
| 2 | Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | First American Bank, 5000 N. Elston Ave., Chgo, | 3,500.00 | 1,700.00 | DA | 0.00 | FA |
| 4 | Commonwealth Edison | 1,320.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | audio discs (approx. 100) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ordinary clothing and shoes | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | law firm receivables, mostly uncollectible | 15,000.00 | 15,000.00 | | 24,790.82 | 0.00 |
| 9 | 1998 Lexus 400 - 210,000 miles - bought used in | 2,500.00 | 100.00 | DA | 0.00 | FA |
| 10 | Desks and chairs, computers (3), printer (1) and | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Framed poster and prints, family photos and tool | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.35 | Unknown |
| 12 | Assets  Totals (Excluding unknown values) | $163,420.00 | $16,800.00 | | $49,803.17 | $0.00 |

**Major Activities Affecting Case Closing:**

Awaiting hearing on objection to claim of Debtor's wife; file TFR.

**Initial Projected Date Of Final Report (TFR):** December 31, 2010  
**Current Projected Date Of Final Report (TFR):** March 31, 2012

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 09-24595 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | STEIN, EDWARD T. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****35-65 - Money Market Account |
| Taxpayer ID #: | **-***2491 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 02/21/12 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/10 | {1} | Sandra Schwartz | Payment in full for Debtor's interest in Santa Fe property pursuant to court order of 3/24/10 | 1110-000 | 25,000.00 | | 25,000.00 |
| 04/27/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 25,000.03 |
| 04/27/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -25,000.03 | | 0.00 |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | -25,000.03 | 0.00 | |
| | | | **Subtotal** | | **25,000.03** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$25,000.03** | **$0.00** | |

{} Asset reference(s)

Printed: 02/21/2012 09:46 AM    V.12.57

Exhibit B

## Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 09-24595 | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- |
| Case Name: | STEIN, EDWARD T. | Bank Name: | The Bank of New York Mellon |
| | | Account: | 9200-******35-65 - Checking Account |
| Taxpayer ID #: | **-***2491 | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/21/12 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | 9999-000 | 25,000.03 | | 25,000.03 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 25,000.22 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.48 | | 25,001.70 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.44 | | 25,003.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.49 | | 25,004.63 |
| 08/26/10 | {8} | Square Two Commercial Funding | Collection of A/Rs by agency pursuant to Court Order dated 7/20/10 ($13,205.99 - $2,641.20 agency fee). | 1121-000 | 10,564.79 | | 35,569.42 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.58 | | 35,571.00 |
| 09/28/10 | {8} | Square Two Commercial Funding | Collection of a/rs for 8/10 per Court Order dated 7/20/10~($1626.38 less agency fee of 325.28) | 1121-000 | 1,870.03 | | 37,441.03 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 37,441.31 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,441.61 |
| 11/01/10 | {8} | Square Two Commercial Funding | Collection of Accounts Receivable per Remittance Statement of 10/15/10 per Court Order dated 7/20/10 (Total payments $1,000 less agency fee of $200). | 1121-000 | 800.00 | | 38,241.61 |
| 11/15/10 | {8} | Law Offices of EdwardT. Stein | Refund from Debtor of pre-petition accounts receivable collected post petition. | 1121-000 | 1,500.00 | | 39,741.61 |
| 11/29/10 | {8} | Square Tow Commercial Funding | Collection of Accounts Receivable per Court Order of ($800 less 20% commission of $160) | 1121-000 | 640.00 | | 40,381.61 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 40,381.91 |
| 12/02/10 | {8} | Law Offices of Edward T. Stein | Refund from collection of a/rs | 1121-000 | 500.00 | | 40,881.91 |
| 12/28/10 | {8} | Square Two Commercial Funding | Collection of a/rs for November per Court Order dated 7/20/10~($200 less $40 commission) | 1121-000 | 160.00 | | 41,041.91 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,042.25 |
| 01/05/11 | {8} | Law Offices of Edward T. Stein | Refund from collection of pre-petition accounts receivable. | 1121-000 | 500.00 | | 41,542.25 |
| 01/25/11 | {8} | Square Two Commercial Funding | Collection of accounts receiveable per court order dated 7/20/10~($300 less commission of $60) | 1121-000 | 240.00 | | 41,782.25 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,782.60 |
| 02/08/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition accounts receivable collected by Debtor. | 1121-000 | 500.00 | | 42,282.60 |
| 02/08/11 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 36.76 | 42,245.84 |
| | | | | Subtotals : | $42,282.60 | $36.76 | |

{} Asset reference(s)

Printed: 02/21/2012 09:46 AM V.12.57

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 09-24595 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | STEIN, EDWARD T. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-65 - Checking Account |
| Taxpayer ID #: | **-***2491 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/21/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/01/2011 FOR CASE #09-24595, Bond #016026455 | | | | |
| 02/23/11 | {8} | Square Two Commercial Funding | Collection of accounts receivable for January pursuant to court order dated 7/20/10 ($500-100 agency fee) | 1121-000 | 400.00 | | 42,645.84 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 42,646.16 |
| 03/28/11 | {8} | Square Two Commerical Funding | Collection of accounts receivable for February per court order dated 7/20/10 ($2,000 less commission of $400) | 1121-000 | 1,600.00 | | 44,246.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,246.52 |
| 04/26/11 | {8} | Square Two Commercial Funding | Collection of accounts receivable per court order dated~($200 less commission of $40) | 1121-000 | 160.00 | | 44,406.52 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,406.88 |
| 05/03/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition A/Rs collected by Debtor | 1121-000 | 1,000.00 | | 45,406.88 |
| 05/18/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition A/Rs received by Debtor | 1121-000 | 500.00 | | 45,906.88 |
| 05/27/11 | {8} | Law Offices of Edward T. Stein | Turnover of partial payment received by Debtor from Derrick Cross. | 1121-000 | 500.00 | | 46,406.88 |
| 05/31/11 | {8} | Square Two Commercial Funding | Collection of pre-petition a/rs per court order dated 7/20/10~($100 less agency fee of $20). | 1121-000 | 80.00 | | 46,486.88 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,487.26 |
| 06/21/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition accounts receivable from Debtor. | 1121-000 | 500.00 | | 46,987.26 |
| 06/30/11 | {8} | Square Two Commercial Funding | Collection of pre-petition a/rs pursuant to Court Order dated 7/20/10~$1220.00 less commission ($244.00). | 1121-000 | 976.00 | | 47,963.26 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,963.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,964.04 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.99 | 47,872.05 |
| 08/04/11 | {8} | Rhodda Thompson | Collection of pre-petition A/R | 1121-000 | 300.00 | | 48,172.05 |
| 08/04/11 | {8} | Rhodda Thompson | Collection of pre-petition A/R | 1121-000 | 500.00 | | 48,672.05 |
| 08/18/11 | 11002 | Illinois Department of Revenue | 2010 Illinois Fiduciary Income & Replacement Tax | 2820-000 | | 967.00 | 47,705.05 |
| 08/18/11 | 11003 | New Mexico Taxation and Revenue Department | New Mexico Fiduciary Income Tax | 2820-000 | | 481.00 | 47,224.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 47,224.46 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.54 | 47,111.92 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | -3.29 | 47,115.21 |

Subtotals :  $6,518.61   $1,649.24

{} Asset reference(s)

Printed: 02/21/2012 09:46 AM   V.12.57

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 09-24595 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | STEIN, EDWARD T. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-65 - Checking Account |
| Taxpayer ID #: | **-***2491 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/21/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Adjustment | | | | |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,115.59 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.87 | 47,018.72 |
| 10/28/11 | {8} | Law Offices of Edward T. Stein | Turnover of partial payment of Derric Cross a/r | 1121-000 | 500.00 | | 47,518.72 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,519.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.39 | 47,425.72 |
| 11/10/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition a/rs received by Debtor. | 1121-000 | 500.00 | | 47,925.72 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,926.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.43 | 47,821.68 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,822.08 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.26 | 47,723.82 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,724.22 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.33 | 47,619.89 |
| 02/06/12 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #09-24595, Bond No. 016026455 | 2300-000 | | 38.35 | 47,581.54 |

| | | ACCOUNT TOTALS | 49,803.17 | 2,221.63 | $47,581.54 |
|---|---|---|---|---|---|
| | | Less: Bank Transfers | 25,000.03 | 0.00 | |
| | | Subtotal | 24,803.14 | 2,221.63 | |
| | | Less: Payments to Debtors | | 0.00 | |
| | | NET Receipts / Disbursements | $24,803.14 | $2,221.63 | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****35-65 | 25,000.03 | 0.00 | 0.00 |
| Checking # 9200-******35-65 | 24,803.14 | 2,221.63 | 47,581.54 |
| | $49,803.17 | $2,221.63 | $47,581.54 |

{} Asset reference(s)  Printed: 02/21/2012 09:46 AM  V.12.57

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-24595
Case Name: STEIN, EDWARD T.
Trustee Name: KAREN R. GOODMAN

**Balance on hand:** $ 47,581.54

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 47,581.54

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 5,730.32 | 0.00 | 5,730.32 |
| Trustee, Expenses - KAREN R. GOODMAN | 70.08 | 0.00 | 70.08 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH, LTD | 5,895.00 | 0.00 | 5,895.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,838.65 | 0.00 | 1,838.65 |
| Accountant for Trustee, Expenses - ALAN D. LASKO | 18.37 | 0.00 | 18.37 |

Total to be paid for chapter 7 administration expenses: $ 13,552.42
Remaining balance: $ 34,029.12

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 34,029.12

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |

Total to be paid for priority claims:  $  0.00
Remaining balance:  $  34,029.12

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 105,993.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | General Elecric Capital Corp | 11,193.87 | 0.00 | 3,593.78 |
| 2 | DISCOVER BANK | 11,999.05 | 0.00 | 3,852.28 |
| 3 | PYOD LLC its successors and assigns as assignee of | 2,252.49 | 0.00 | 723.16 |
| 4 | Swanson, Martin & Bell, LLP | 5,000.00 | 0.00 | 1,605.24 |
| 5 | Hollywood Caisno-Aurora Inc | 3,000.00 | 0.00 | 963.14 |
| 6 | Grand Victoria | 7,500.00 | 0.00 | 2,407.86 |
| 7 | Horseshoe Casino | 7,500.00 | 0.00 | 2,407.86 |
| 9 | Fia Card Services, NA/Bank of America | 25,418.94 | 0.00 | 8,160.71 |
| 10 | Fia Card Services, NA/Bank of America | 15,402.36 | 0.00 | 4,944.90 |
| 11 | Fia Card Services, NA/Bank of America | 16,727.06 | 0.00 | 5,370.19 |

Total to be paid for timely general unsecured claims:  $  34,029.12
Remaining balance:  $  0.00

UST Form 101-7-TFR (05/1/2011)

Tardily filed claims of general (unsecured) creditors totaling $ 1,155.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | American Express Bank, FSB | 1,155.36 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**