The Honorable: EUGENE R. WEDOFF
Chapter 7
Location: Room 744
Hearing Date: 04/24/2012
Hearing Time: 10:00

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: STEIN, EDWARD T. | § | Case No. 09-24595 |
| | § | |
| Debtor(s) | §§ | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 04/24/2012 in Courtroom 744, United States Courthouse Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court

Date Mailed: 03/19/2012      By:     /s/KAREN R. GOODMAN
                                     Trustee

Karen R. Goodman
Shefsky & Froelich Ltd.
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601-3713
(312) 527-4000

UST Form 101-7-NFR (10/1/2010)

| | |
|---|---|
| KAREN R. GOODMAN<br>SHEFSKY & FROELICH, LTD<br>111 East Wacker Drive<br>SUITE 2800<br>CHICAGO, IL 60601<br>(312) 527-4000<br>Chapter 7 Trustee | The Honorable: EUGENE R. WEDOFF<br>Chapter 7<br>Location: Room 744<br>Hearing Date: 04/24/2012<br>Hearing Time: 10:00 a.m.<br>Response Date: / / |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: STEIN, EDWARD T.          § Case No. 09-24595
                                 §
                                 §
Debtor(s)                        §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 49,803.17 |
| *and approved disbursements of* | $ 2,221.63 |
| *leaving a balance on hand of* [1] | $ 47,581.54 |
| **Balance on hand:** | $ 47,581.54 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 47,581.54 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - KAREN R. GOODMAN | 5,730.32 | 0.00 | 5,730.32 |
| Trustee, Expenses - KAREN R. GOODMAN | 70.08 | 0.00 | 70.08 |
| Attorney for Trustee, Fees - SHEFSKY & FROELICH, LTD | 5,895.00 | 0.00 | 5,895.00 |
| Accountant for Trustee, Fees - ALAN D. LASKO | 1,838.65 | 0.00 | 1,838.65 |

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---|---|
| Accountant for Trustee, Expenses - ALAN D. LASKO | 0.00 | 18.37 |
| Total to be paid for chapter 7 administration expenses: | $ | 13,552.42 |
| Remaining balance: | $ | 34,029.12 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 34,029.12 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 34,029.12 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 105,993.77 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | General Elecric Capital Corp | 11,193.87 | 0.00 | 3,593.78 |
| 2 | DISCOVER BANK | 11,999.05 | 0.00 | 3,852.28 |
| 3 | PYOD LLC its successors and assigns as assignee of | 2,252.49 | 0.00 | 723.16 |
| 4 | Swanson, Martin & Bell, LLP | 5,000.00 | 0.00 | 1,605.24 |
| 5 | Hollywood Caisno-Aurora Inc | 3,000.00 | 0.00 | 963.14 |
| 6 | Grand Victoria | 7,500.00 | 0.00 | 2,407.86 |
| 7 | Horseshoe Casino | 7,500.00 | 0.00 | 2,407.86 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| 9 | Fia Card Services, NA/Bank of America | 25,418.94 | 0.00 | 8,160.71 |
| 10 | Fia Card Services, NA/Bank of America | 15,402.36 | 0.00 | 4,944.90 |
| 11 | Fia Card Services, NA/Bank of America | 16,727.06 | 0.00 | 5,370.19 |

Total to be paid for timely general unsecured claims: $ 34,029.12
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 1,155.36 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 13 | American Express Bank, FSB | 1,155.36 | 0.00 | 0.00 |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/KAREN R. GOODMAN
Trustee

KAREN R. GOODMAN
111East Wacker Drive
SUITE 2800
CHICAGO, IL 60601
(312) 527-4000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

United States Bankruptcy Court
Northern District of Illinois

In re:  
Edward T. Stein  
    Debtor

Case No. 09-24595-ERW  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1      User: lhuley      Page 1 of 3      Date Rcvd: Mar 20, 2012  
                  Form ID: pdf006     Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2012.

```
db         +Edward T. Stein,    4611 N. Kenneth,    Chicago, IL 60630-4017
14134828   +AT&T,    PO Box 8100,    Aurora, IL 60507-8100
17114111    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
14134829    Bank of America,    PO Box 15019,    Wilmington, DE 19886-5019
14134830   +Charter Bank & Mortgage,    213- Eubank NE,    Albuquerque, NM 87123
15498087   +Chukwuemeka Okafor, MSCJ,    Emeka Okafor,    4747 S King Drive #1107,    Chicago, IL 60615-1374
14134831    CitiBank - Mastercard,    PO Box 688901,    Des Moines, IA 50368-8901
14134833   +Davis & Co.,    213 W. Institute Place, Ste. 308,    Chicago, IL 60610-3195
14134835    Esquire Property Service,    Accounts Receivable,    PO Box 785751,    Philadelphia, PA 19178-5751
14704024   +General Elecric Capital Corp,    1010 Thomas Edition Blvd SW,    Cedar Rapids, IA 52404-8247
15156809   +Grand Victoria,    Steven Titiner,    1700 N Farnsworth Ave,    Aurora, IL 60505-1523
14134836   +Grand Victoria,    250 S. Grove Av.,    Elgin, IL 60120-6447
14134840   +HS Data c/o Brian Sutherland,    200 S. Michigan Ave., Ste. 1000,    Chicago, IL 60604-2421
14134837   +Highland Solutions,    c/o Brian Sutherland,    200 S. Michigan Ave., Ste. 1000,
             Chicago, IL 60604-2421
14134856   +Hollywood Caisno-Aurora Inc,    Steven D. Titiner,    Truemper & Titiner Ltd.,
             1700 N. Farnsworth Av.,    Aurora, IL 60505-1523
14134838    Hollywood Casino,    Collections,    49 W. Gulenn Blvd,    Aurora, IL 60506
14134841  ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
             100 W. Randolph,    Chicago, IL 60601)
14134842    Illinois Masonic Hospital,    2804 N. Wilton,    Chicago, IL 60614
14134843    Imagetech,    PO Box 746423,    Atlanta, GA 30374-0423
14134845    Iron Mountain,    PO Box 27128,    New York, NY 10087-7128
14134852   +Joseph W. Pieper,    205 W. Randolph St.,    Ste. 1250,    Chicago, IL 60606-1806
14134846   +Lipoiscience, Inc.,    2500 Sumner Blvd.,    Raleigh, NC 27616-3235
15498088   +Marion Smith,    6739 S Campbell Ave,    Chicago, IL 60629-1320
14134848   +Moss & Barrett,    4800 Wells Fargo Center,    90 S. Seventh St.,    Minneapolis, MN 55402-3903
14134849    Northwestern Medical Faculity,    38693 Eagle Way,    Chicago, IL 60678-1386
14134850    Northwestern Memorial,    Physicians Group,    75 Remittance Dr. #1293,    Chicago, IL 60675-1293
14134851    Northwestern Memorial Hospital,    PO Box 73690,    Chicago, IL 60673-7690
14134853   +Rehabilitation Institute of Chicago,    60084 Eagle Way,    Chicago, IL 60678-0001
14134854   +Robbins, Salomon & Patt,    25 E. Washington St.,    Chicago, IL 60602-1796
14134855   +Sandra Schwartz,    4611 N. Kenneth,    Chicago, IL 60630-4017
15498089    Steven D Titiner,    Truemper & Titiner Ltd,    170 N Farnsworth Ave,    Aurora, IL 60505
14134857   +Swanson Martin & Bell,    330 N. Wabash,    Chicago, IL 60611-3764
15083443   +Swanson, Martin & Bell, LLP,    Charles S Stahl Jr,    2525 Cabot Drive Ste 204,
             Lisle, IL 60532-3628
14134858   +US Equities,    200 S. Michigan Ave., 5th Fl.,    Chicago, IL 60604-4459
14134860   +Veritext Reporting Service%Johnson,    Rougan & White, Attn: John Green,
             6800 Broken Sound Parkway,    Boca Raton, FL 33487-2721
14134861    West Publishing,    PO Box 6292,    Carol Stream, IL 60197-6292
15498090   +William E Brooks,    35 E Wacker Dr #1525,    Chicago, IL 60601-2299
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14134832   +E-mail/Text: legalcollections@comed.com Mar 21 2012 01:57:21     Com Ed,    PO Box 6111,
             Carol Stream, IL 60197-6111
15020783    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 21 2012 02:50:35     DISCOVER BANK,
             DFS Services LLC,    PO Box 3025,    New Albany, Ohio 43054-3025
14134834    E-mail/PDF: mrdiscen@discoverfinancial.com Mar 21 2012 02:50:35     Discover Card,   PO Box 6103,
             Carol Stream, IL 60197-6103
15453924    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 21 2012 02:55:58
             Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,    PO Box 248809,
             Oklahoma City, OK 73124-8809
14134839    E-mail/Text: jguerrero@harrahs.com Mar 21 2012 02:10:22     Horseshoe Casino,   Credit Collection,
             777 Casino Cts.,    Hammond, IN 46320
14134844    E-mail/Text: cio.bncmail@irs.gov Mar 21 2012 01:33:43     Internal Revenue Service,
             Cincinnati, OH 45999-0030
15045056   +E-mail/Text: resurgentbknotifications@resurgent.com Mar 21 2012 01:36:22
             PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
             PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 7
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
14134847    Moss & Barnett,    for West Publishing,    PO Box 6292
14134859*  +US Equities,    200 S. Michigan Ave.,    5th Fl.,    Chicago, IL 60604-4459
                                                                                    TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: lhuley              Page 2 of 3              Date Rcvd: Mar 20, 2012
                              Form ID: pdf006           Total Noticed: 44
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 22, 2012**                    **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1           User: lhuley                Page 3 of 3                   Date Rcvd: Mar 20, 2012
                               Form ID: pdf006             Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 19, 2012 at the address(es) listed below:
              David L. Yanoff    on behalf of Creditor  U. S. Equities Asset Mgmt., LLC. info@davidyanoff.com
              Karen R Goodman    kgoodman@shefskylaw.com, il24@ecfcbis.com;sfdocket@shefskylaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Scott R Clar    on behalf of Debtor Edward Stein sclar@craneheyman.com,
               mjoberhausen@craneheyman.com;asimon@craneheyman.com
                                                                                             TOTAL: 4