KAREN R. GOODMAN  
SHEFSKY & FROELICH, LTD  
111East Wacker Drive  
SUITE 2800  
CHICAGO, IL 60601  
(312) 527-4000  
         Chapter 7 Trustee

The Honorable: EUGENE R. WEDOFF  
Chapter 7  
Location: _____  
Hearing Date: _____ / /  
Hearing Time: _____  
Response Date: _____ / /

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: STEIN, EDWARD T.          § Case No. 09-24595  
         §  
         §  
Debtor(s)          §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

    KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $8,420.00         Assets Exempt: $6,620.00  
*(without deducting any secured claims)*

Total Distribution to Claimants: $34,029.12     Claims Discharged Without Payment: $73,120.01

Total Expenses of Administration: $15,774.05

---

    3) Total gross receipts of $ 49,803.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $49,803.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,774.05 | 15,774.05 | 15,774.05 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 16,037.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 107,149.13 | 107,149.13 | 34,029.12 |
| **TOTAL DISBURSEMENTS** | $0.00 | $138,960.18 | $122,923.18 | $49,803.17 |

4) This case was originally filed under Chapter 7 on July 07, 2009. The case was pending for 36 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/10/2012          By: /s/KAREN R. GOODMAN
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 3172 Plaza Blanca, Santa Fe, New, land trust of | 1110-000 | 25,000.00 |
| law firm receivables, mostly uncollectible | 1121-000 | 24,790.82 |
| Interest Income | 1270-000 | 12.35 |
| **TOTAL GROSS RECEIPTS** | | **$49,803.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 5,730.32 | 5,730.32 | 5,730.32 |
| KAREN R. GOODMAN | 2200-000 | N/A | 70.08 | 70.08 | 70.08 |
| SHEFSKY & FROELICH, LTD | 3110-000 | N/A | 5,895.00 | 5,895.00 | 5,895.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| ALAN D. LASKO | 3410-000 | N/A | | 1,838.65 | 1,838.65 | 1,838.65 |
| ALAN D. LASKO | 3420-000 | N/A | | 18.37 | 18.37 | 18.37 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 36.76 | 36.76 | 36.76 |
| The Bank of New York Mellon | 2600-000 | N/A | | 91.99 | 91.99 | 91.99 |
| Illinois Department of Revenue | 2820-000 | N/A | | 967.00 | 967.00 | 967.00 |
| New Mexico Taxation and Revenue Department | 2820-000 | N/A | | 481.00 | 481.00 | 481.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 112.54 | 112.54 | 112.54 |
| The Bank of New York Mellon | 2600-000 | N/A | | -3.29 | -3.29 | -3.29 |
| The Bank of New York Mellon | 2600-000 | N/A | | 96.87 | 96.87 | 96.87 |
| The Bank of New York Mellon | 2600-000 | N/A | | 93.39 | 93.39 | 93.39 |
| The Bank of New York Mellon | 2600-000 | N/A | | 104.43 | 104.43 | 104.43 |
| The Bank of New York Mellon | 2600-000 | N/A | | 98.26 | 98.26 | 98.26 |
| The Bank of New York Mellon | 2600-000 | N/A | | 104.33 | 104.33 | 104.33 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | | 38.35 | 38.35 | 38.35 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $15,774.05 | $15,774.05 | $15,774.05 |

### EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 12 | Sandra Schwartz | 5800-000 | N/A | 16,037.00 | 0.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $16,037.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | General Elecric Capital Corp | 7100-000 | N/A | 11,193.87 | 11,193.87 | 3,593.78 |
| 2 | DISCOVER BANK | 7100-000 | N/A | 11,999.05 | 11,999.05 | 3,852.28 |
| 3 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 2,252.49 | 2,252.49 | 723.16 |
| 4 | Swanson, Martin & Bell, LLP | 7100-000 | N/A | 5,000.00 | 5,000.00 | 1,605.24 |
| 5 | Hollywood Caisno-Aurora Inc | 7100-000 | N/A | 3,000.00 | 3,000.00 | 963.14 |
| 6 | Grand Victoria | 7100-000 | N/A | 7,500.00 | 7,500.00 | 2,407.86 |
| 7 | Horseshoe Casino | 7100-000 | N/A | 7,500.00 | 7,500.00 | 2,407.86 |
| 8 | Davis & Co. | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 9 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 25,418.94 | 25,418.94 | 8,160.71 |
| 10 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 15,402.36 | 15,402.36 | 4,944.90 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 16,727.06 | 16,727.06 | 5,370.19 |
| 13 | American Express Bank, FSB | 7200-000 | N/A | 1,155.36 | 1,155.36 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $107,149.13 | $107,149.13 | $34,029.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-24595  
**Case Name:** STEIN, EDWARD T.  

**Period Ending:** 07/10/12

**Trustee:** (520191) KAREN R. GOODMAN  
**Filed (f) or Converted (c):** 07/07/09 (f)  
**§341(a) Meeting Date:** 08/18/09  
**Claims Bar Date:** 04/27/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 3172 Plaza Blanca, Santa Fe, New, land trust of | 140,000.00 | 0.00 | | 25,000.00 | FA |
| 2 | Cash | 200.00 | 0.00 | DA | 0.00 | FA |
| 3 | First American Bank, 5000 N. Elston Ave., Chgo, | 3,500.00 | 1,700.00 | DA | 0.00 | FA |
| 4 | Commonwealth Edison | 1,320.00 | 0.00 | DA | 0.00 | FA |
| 5 | household goods | 600.00 | 0.00 | DA | 0.00 | FA |
| 6 | audio discs (approx. 100) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Ordinary clothing and shoes | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | law firm receivables, mostly uncollectible | 15,000.00 | 15,000.00 | | 24,790.82 | 0.00 |
| 9 | 1998 Lexus 400 - 210,000 miles - bought used in | 2,500.00 | 100.00 | DA | 0.00 | FA |
| 10 | Desks and chairs, computers (3), printer (1) and | 100.00 | 0.00 | DA | 0.00 | FA |
| 11 | Framed poster and prints, family photos and tool | 0.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 12.35 | FA |
| 12 | Assets    Totals (Excluding unknown values) | **$163,420.00** | **$16,800.00** | | **$49,803.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010     **Current Projected Date Of Final Report (TFR):**   March 19, 2012 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-24595  
**Case Name:** STEIN, EDWARD T.

**Taxpayer ID #:** **-***2491  
**Period Ending:** 07/10/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****35-65 - Money Market Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/15/10 | {1} | Sandra Schwartz | Payment in full for Debtor's interest in Santa Fe property pursuant to court order of 3/24/10 | 1110-000 | 25,000.00 | | 25,000.00 |
| 04/27/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.03 | | 25,000.03 |
| 04/27/10 | | Wire out to BNYM account 9200******3565 | Wire out to BNYM account 9200******3565 | 9999-000 | -25,000.03 | | 0.00 |

|  |  |  |
|---|---:|---:|
| **ACCOUNT TOTALS** | 0.00 | 0.00    $0.00 |
| Less: Bank Transfers | -25,000.03 | 0.00 |
| **Subtotal** | **25,000.03** | **0.00** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$25,000.03** | **$0.00** |

{} Asset reference(s)    Printed: 07/10/2012 03:29 PM    V.13.02

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 09-24595 | | Trustee: | KAREN R. GOODMAN (520191) |
| Case Name: | STEIN, EDWARD T. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-65 - Checking Account |
| Taxpayer ID #: | **-***2491 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 07/10/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/27/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | Wire in from JPMorgan Chase Bank, N.A. account ********3565 | 9999-000 | 25,000.03 | | 25,000.03 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 25,000.22 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.48 | | 25,001.70 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.44 | | 25,003.14 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.49 | | 25,004.63 |
| 08/26/10 | {8} | Square Two Commercial Funding | Collection of A/Rs by agency pursuant to Court Order dated 7/20/10 ($13,205.99 - $2,641.20 agency fee). | 1121-000 | 10,564.79 | | 35,569.42 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.58 | | 35,571.00 |
| 09/28/10 | {8} | Square Two Commercial Funding | Collection of a/rs for 8/10 per Court Order dated 7/20/10~($1626.38 less agency fee of 325.28) | 1121-000 | 1,870.03 | | 37,441.03 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.28 | | 37,441.31 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 37,441.61 |
| 11/01/10 | {8} | Square Two Commercial Funding | Collection of Accounts Receivable per Remittance Statement of 10/15/10 per Court Order dated 7/20/10 (Total payments $1,000 less agency fee of $200). | 1121-000 | 800.00 | | 38,241.61 |
| 11/15/10 | {8} | Law Offices of EdwardT. Stein | Refund from Debtor of pre-petition accounts receivable collected post petition. | 1121-000 | 1,500.00 | | 39,741.61 |
| 11/29/10 | {8} | Square Tow Commercial Funding | Collection of Accounts Receivable per Court Order of ($800 less 20% commission of $160) | 1121-000 | 640.00 | | 40,381.61 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.30 | | 40,381.91 |
| 12/02/10 | {8} | Law Offices of Edward T. Stein | Refund from collection of a/rs | 1121-000 | 500.00 | | 40,881.91 |
| 12/28/10 | {8} | Square Two Commercial Funding | Collection of a/rs for November per Court Order dated 7/20/10~($200 less $40 commission) | 1121-000 | 160.00 | | 41,041.91 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.34 | | 41,042.25 |
| 01/05/11 | {8} | Law Offices of Edward T. Stein | Refund from collection of pre-petition accounts receivable. | 1121-000 | 500.00 | | 41,542.25 |
| 01/25/11 | {8} | Square Two Commercial Funding | Collection of accounts receiveable per court order dated 7/20/10~($300 less commission of $60) | 1121-000 | 240.00 | | 41,782.25 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.35 | | 41,782.60 |
| 02/08/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition accounts receivable collected by Debtor. | 1121-000 | 500.00 | | 42,282.60 |

Subtotals :   $42,282.60   $0.00

{} Asset reference(s)

Printed: 07/10/2012 03:29 PM   V.13.02

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

| Case Number: | 09-24595 | | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- | --- |
| Case Name: | STEIN, EDWARD T. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******35-65 - Checking Account |
| Taxpayer ID #: | **-***2491 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 07/10/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/08/11 | 11001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2011 FOR CASE #09-24595, Bond #016026455 | 2300-000 | | 36.76 | 42,245.84 |
| 02/23/11 | {8} | Square Two Commercial Funding | Collection of accounts receivable for January pursuant to court order dated 7/20/10 ($500-100 agency fee) | 1121-000 | 400.00 | | 42,645.84 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.32 | | 42,646.16 |
| 03/28/11 | {8} | Square Two Commerical Funding | Collection of accounts receivable for February per court order dated 7/20/10 ($2,000 less commission of $400) | 1121-000 | 1,600.00 | | 44,246.16 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,246.52 |
| 04/26/11 | {8} | Square Two Commercial Funding | Collection of accounts receivable per court order dated~($200 less commission of $40) | 1121-000 | 160.00 | | 44,406.52 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.36 | | 44,406.88 |
| 05/03/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition A/Rs collected by Debtor | 1121-000 | 1,000.00 | | 45,406.88 |
| 05/18/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition A/Rs received by Debtor | 1121-000 | 500.00 | | 45,906.88 |
| 05/27/11 | {8} | Law Offices of Edward T. Stein | Turnover of partial payment received by Debtor from Derrick Cross. | 1121-000 | 500.00 | | 46,406.88 |
| 05/31/11 | {8} | Square Two Commercial Funding | Collection of pre-petition a/rs per court order dated 7/20/10~($100 less agency fee of $20). | 1121-000 | 80.00 | | 46,486.88 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 46,487.26 |
| 06/21/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition accounts receivable from Debtor. | 1121-000 | 500.00 | | 46,987.26 |
| 06/30/11 | {8} | Square Two Commercial Funding | Collection of pre-petition a/rs pursuant to Court Order dated 7/20/10~$1220.00 less commission ($244.00). | 1121-000 | 976.00 | | 47,963.26 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,963.64 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,964.04 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 91.99 | 47,872.05 |
| 08/04/11 | {8} | Rhodda Thompson | Collection of pre-petition A/R | 1121-000 | 300.00 | | 48,172.05 |
| 08/04/11 | {8} | Rhodda Thompson | Collection of pre-petition A/R | 1121-000 | 500.00 | | 48,672.05 |
| 08/18/11 | 11002 | Illinois Department of Revenue | 2010 Illinois Fiduciary Income & Replacement Tax | 2820-000 | | 967.00 | 47,705.05 |
| 08/18/11 | 11003 | New Mexico Taxation and Revenue Department | New Mexico Fiduciary Income Tax | 2820-000 | | 481.00 | 47,224.05 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.41 | | 47,224.46 |

Subtotals :     $6,518.61     $1,576.75

{} Asset reference(s)

Printed: 07/10/2012 03:29 PM     V.13.02

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 09-24595  
**Case Name:** STEIN, EDWARD T.  
**Taxpayer ID #:** **-***2491  
**Period Ending:** 07/10/12  

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $61,494,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 112.54 | 47,111.92 |
| 09/26/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -3.29 | 47,115.21 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.38 | | 47,115.59 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 96.87 | 47,018.72 |
| 10/28/11 | {8} | Law Offices of Edward T. Stein | Turnover of partial payment of Derric Cross a/r | 1121-000 | 500.00 | | 47,518.72 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,519.11 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 93.39 | 47,425.72 |
| 11/10/11 | {8} | Law Offices of Edward T. Stein | Refund of collection of pre-petition a/rs received by Debtor. | 1121-000 | 500.00 | | 47,925.72 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.39 | | 47,926.11 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.43 | 47,821.68 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,822.08 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.26 | 47,723.82 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.40 | | 47,724.22 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 104.33 | 47,619.89 |
| 02/06/12 | 11004 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/01/2012 FOR CASE #09-24595, Bond No. 016026455 | 2300-000 | | 38.35 | 47,581.54 |
| 04/24/12 | 11005 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' EXPENSES PER COURT ORDER DATED 04/24/2012 | 3420-000 | | 18.37 | 47,563.17 |
| 04/24/12 | 11006 | ALAN D. LASKO | TRUSTEE'S ACCOUNTANTS' FEES PER COURT ORDER DATED 04/24/2012 | 3410-000 | | 1,838.65 | 45,724.52 |
| 04/24/12 | 11007 | KAREN R. GOODMAN | TRUSTEE EXPENSES PER COURT ORDER DATED 04/24/2012 | 2200-000 | | 70.08 | 45,654.44 |
| 04/24/12 | 11008 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 04/24/2012 | 2100-000 | | 5,730.32 | 39,924.12 |
| 04/24/12 | 11009 | SHEFSKY & FROELICH, LTD | TRUSTEE'S ATTORNEYS' FEES PER COURT ORDER DATED 04/24/2012 | 3110-000 | | 5,895.00 | 34,029.12 |
| 04/24/12 | 11010 | General Elecric Capital Corp | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 3,593.78 | 30,435.34 |
| 04/24/12 | 11011 | DISCOVER BANK | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 3,852.28 | 26,583.06 |
| 04/24/12 | 11012 | PYOD LLC its successors and assigns as assignee of Citibank | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 723.16 | 25,859.90 |

Subtotals :     $1,001.96     $22,366.52

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 09-24595  
**Case Name:** STEIN, EDWARD T.

**Taxpayer ID #:** **-***2491  
**Period Ending:** 07/10/12

**Trustee:** KAREN R. GOODMAN (520191)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-65 - Checking Account  
**Blanket Bond:** $61,494,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/24/12 | 11013 | Swanson, Martin & Bell, LLP | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 1,605.24 | 24,254.66 |
| 04/24/12 | 11014 | Hollywood Caisno-Aurora Inc | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 963.14 | 23,291.52 |
| 04/24/12 | 11015 | Grand Victoria | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 2,407.86 | 20,883.66 |
| 04/24/12 | 11016 | Horseshoe Casino | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 2,407.86 | 18,475.80 |
| 04/24/12 | 11017 | Fia Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 9 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 8,160.71 | 10,315.09 |
| 04/24/12 | 11018 | Fia Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 10 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 4,944.90 | 5,370.19 |
| 04/24/12 | 11019 | Fia Card Services, NA/Bank of America | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 11 PER COURT ORDER DATED 04/24/2012 | 7100-000 | | 5,370.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 49,803.17 | 49,803.17 | $0.00 |
| | | | Less: Bank Transfers | | 25,000.03 | 0.00 | |
| | | | **Subtotal** | | 24,803.14 | 49,803.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$24,803.14** | **$49,803.17** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****35-65 | 25,000.03 | 0.00 | 0.00 |
| Checking # 9200-******35-65 | 24,803.14 | 49,803.17 | 0.00 |
| | $49,803.17 | $49,803.17 | $0.00 |